UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DAVID MCGLYNN,

                         Plaintiff,

      -against-

THE COOLS, INC.,

                        Defendant.

------------------------------------- x

ORDER

19 Civ. 3520 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The December 5, 2019 initial conference is adjourned to February 6, 2020 at 9:30 a.m.

Dated: New York, New York
       December 4, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge