**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID MCCGLYNN,
                Plaintiff,

                                                                                             19 **CIV** 3520 (GBD) (DF)

               -against-                                             **DEFAULT JUDGMENT**

THE COOLS, INC.,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Decision and Order dated September 15, 2020, Magistrate Judge Freeman's Report, (ECF No. 26) is adopted; Defendant is ordered to pay Plaintiff $5,000 in damages and $400 in costs; additionally, Plaintiff's request for attorney's fees is denied.

**DATED**: New York, New York
               September 22, 2020

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                                **BY**: _____
                                                             **Deputy Clerk**